IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY STACEY BULLOCK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:04-CV-559-WKW |
| | )          (WO) |
| STATE OF ALABAMA, *et al.,* | ) |
| | ) |
| Respondents. | ) |

**<u>ORDER</u>**

The Magistrate Judge filed a Recommendation in this case (Doc. # 45) on May 26, 2006, finding that the respondents' motion to dismiss is due to be granted.  No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

 1. The Recommendation of the Magistrate Judge is ADOPTED.

 2. The respondents' Motion to Dismiss (Doc. # 24) is GRANTED.

 4. The petition for habeas corpus is DISMISSED with prejudice for lack of jurisdiction.

An appropriate judgment will be entered.

DONE this the 27th day of June, 2006.

     /s/   W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE