IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY STACEY BULLOCK, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:04-CV-559-WKW |
| | ) (WO) |
| STATE OF ALABAMA, *et al.,* | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1. All claims are hereby DISMISSED with prejudice.

2. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 27th day of June, 2006.

           /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE